# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1199
LT Case No. 2019-CA-3310

_____

PETER ALLEN ANDERSON,

    Petitioner,

    v.

SEMINOLE COUNTY, FLORIDA, ET AL,

    Respondent.

_____

On appeal from the Circuit Court for Seminole County.
Gary L. Sweet, Judge.

Peter Allen Anderson, South Bay, pro se.

No Appearance for Appellee.

August 25, 2023

PER CURIAM.

This Court earlier denied Petitioner's petition for writ of mandamus stemming from Seminole County Circuit Court Case Number 2019-CA-3310. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from Seminole County Circuit Court Case No. 2019-CA-3310, may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include

forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

      PETITIONER CAUTIONED.

LAMBERT, SOUD, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____